STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
Calif. Bar No. 128072
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone:  (213) 894-6739
      Fax:              894-7327
      email:    kevin.finn@usdoj.gov
Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CENTRAL PARKING SYSTEM, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No.   CV 13-8090 JC<br><br>ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSING ACTION<br><br><br><br>Honorable Jacqueline Chooljian |

      The Court has considered the Stipulation for Compromise
Settlement and Dismissing Action the parties filed.

      THE COURT HEREBY ORDERS that the Stipulation for
Compromise Settlement and Dismissing Action is approved and
this action, CV 13-8090 JC, is dismissed in its entirety with
prejudice, with each party to bear its own costs and fees,

1   including attorney fees.  The United States shall disburse the

2   settlement proceeds when they become available as detailed in

3   the Stipulation.

4

5       DATED: January 8, 2015

6

7

                        _____/s/_____

8                        JACQUELINE CHOOLJIAN
                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2